170 So. 914
#### Raymond CAUSEY v. MUTUAL SAVINGS LIFE INS. CO. OF DECATUR, ALA.
#### 7 Div. 419.

Supreme Court of Alabama.

Dec. 3, 1936.

Chas. F. Douglass, of Anniston, for petitioner.

Merrill, Jones & Whiteside, of Anniston, opposed.

PER CURIAM.

Petition of Raymond Causey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Causey v. Mutual Savings Life Ins. Co. of Decatur (Ala.App.) 170 So. 917 (7 Div. 217).

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN and KNIGHT, JJ., concur.

169 So. 902
#### V. M. CROCKER v. JEFFERSON COUNTY et al.
#### 6 Div. 996.

Supreme Court of Alabama.

June 30, 1936.

W. H. Mitchell and Bradshaw & Barnett, all of Florence, for appellant.

Ernest Matthews, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant.

169 So. 902
#### Cleveland DELONEY v. STATE.
#### 8 Div. 653.

Supreme Court of Alabama.

June 11, 1936.

BOULDIN, Justice.

Appellant was indicted, tried, and convicted of the offense of robbery, and his punishment fixed at life imprisonment. The appeal is upon the record, without a bill of exceptions. We find no error in the record. The judgment of conviction is therefore affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

169 So. 903
#### Rose Dewstoe DRENNEN v. Earle DRENNEN.
#### 6 Div. 722.

Supreme Court of Alabama.

June 30, 1936.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

Clarence Mullins and E. L. All, both of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded by agreement.

170 So. 913
#### Ex parte Mattie R. DUNLAP, as Exrx.
#### 7 Div. 416.

Supreme Court of Alabama.

Oct. 28, 1936.

Victor H. Smith, of Birmingham, and Frank B. Embry, of Pell City, for petitioner.

PER CURIAM.

Petition denied.

All the Justices concur.